IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert E. Canady, Jr. :

    Plaintiff : Case No. 2:07-cv-1266

v. : Judge Sargus

Jim Rekau, et al., : Magistrate Judge Abel

    Defendants :

## Order Administratively Closing Case

On January 22, 2009, plaintiff Robert Canady and counsel for defendants participated in a telephone status conference with Magistrate Judge Abel. In December 2007, plaintiff Canady filed suit both in this court and in the Franklin County Common Pleas Court challenging the termination of his employment. Although this Court denied defendant's' motion to dismiss or stay the federal lawsuit, it did provide that all discovery conducted in the state court suit would be admissible here. The Common Pleas Court recently granted defendant's' motion for summary judgment and entered judgment against plaintiff. Plaintiff has filed a notice of appeal from that decision. Defendants intend to file a motion for summary judgment in this case, arguing that the state court judgment is *res judicata*. The parties suggest that this lawsuit be stayed until a final decision has been made on plaintiff's appeal of the Common Pleas Court judgment.

Accordingly, this action is ADMINISTRATIVELY CLOSED. Any party may file a notice reopening this lawsuit no later than 60 days after a final decision has been made on the appeal pending in the Ohio appellate courts. The discovery deadline in this case was

January 2, 2009. If this case is reopened, case dispositive motions must be filed no later than 45 days after the notice reopening the case is filed.

                                        /s/    1-22-2009
                                   Edmund A. Sargus, Jr.
                                   United States District Judge