IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT E. CANADY, JR.,

    Plaintiff,

vs.

Case No. C2-07-1266
Judge Edmund A. Sargus, Jr.
Magistrate Judge Mark R. Abel

REKAU & REKAU, INC.,
et al.,

    Defendants.

## ORDER

On January 22, 2009, the Court administratively closed this case pending resolution of a related state-appellate case. The Court's Order provides that "[a]ny party may file a notice reopening this lawsuit no later than 60 days after a final decision" was reached on the appeal. On November 20, 2009, Plaintiff moved to reopen the case, representing to the Court that the state appeal had been resolved. Both Plaintiff and Defendants have since moved for summary judgment.

Plaintiff's timely motion to reopen the case (doc. 33) is **GRANTED**. The Clerk is directed to reopen this case and place the motions for summary judgment on the Court's pending motions list.

**IT IS SO ORDERED.**

1-21-2010
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE