AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ROBERT E. CANADY, JR.,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

                         **CASE NO.  C2-07-1266**
**JIM REKAU, et al.,**         **JUDGE EDMUND A. SARGUS, JR.**
                         **MAGISTRATE JUDGE E. A.  PRESTON DEAVERS**

        **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed September 1, 2010, JUDGMENT is hereby entered for the Defendants.  This case is DISMISSED.**

Date: September 1, 2010                    JAMES BONINI, CLERK

                                                   */S/ Andy F. Quisumbing*
                                                   (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk